# Court of Appeals
# of the State of Georgia

ATLANTA, __November 09, 2015__

*The Court of Appeals hereby passes the following order:*

## A16I0044. PROGRESSIVE BAYSIDE INSURANCE COMPANY v. JEFFREY DEAL.

Progressive Bayside Insurance Company filed this application for interlocutory appeal from the trial court's order denying its motion for summary judgment. Respondent Jeffrey Deal filed a motion to dismiss the application based upon an error in service of process. The motion to dismiss is hereby DENIED. Upon review of the merits of the application, it is also DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/09/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*